MARY C. HANNAN, Appellant, v. ANTWIG, INC., and Another, Respondents.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Over exception the court charged the jury that they

might find that plaintiff slipped on the sidewalk. There was no testimony to support such a finding of fact. The error was substantial. In addition the verdict was against the weight of the evidence. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.

MEYER MOTLIN, as Secretary-Treasurer of the International Ladies' Handbag, Pocketbook and Novelty Workers' Union, etc., Appellant, v. EMES IDEAL LEATHER BELT CO., INC., and MORRIS SEIFERT, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Cohn and Callahan, JJ.